

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES, *on behalf of herself and all others similarly situated*,

        Plaintiff,

-against-

BETTERIDGE JEWELERS, INC.,

        Defendant.

20-CV-8130 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The order to show cause (Dkt. No. 7) is discharged. Defendant's deadline to respond to the complaint is February 9, 2021. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

Dated: New York, New York
       February 5, 2021

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**