UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES, *on behalf of herself and all others similarly situated*,

        Plaintiff,

-against-

BETTERIDGE JEWELERS, INC.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/21

20-CV-8130 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      An affidavit of service states that plaintiff served Betteridge Jewelers, Inc. with process on January 19, 2021. (Dkt. No. 9.) Pursuant to Fed. R. Civ. P. 12(a)(1)(A), defendant's answer was due February 9, 2021. Defendant has neither appeared nor responded to the complaint. No later than **March 10, 2021**, plaintiff shall inform the Court whether the parties have extended defendant's time to respond, or whether plaintiff intends to request a certificate of default. Plaintiff promptly shall serve this Order on defendant.

Dated: New York, New York
       February 24, 2021

                           **SO ORDERED**.

                           _____
                           **BARBARA MOSES**
                           **United States Magistrate Judge**